FILED
October 28, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>ZI LEI,<br><br>       Defendant. | Case No. 2:08CR00391-GEB-04<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ZI LEI__ , Case No. __2:08CR00391-GEB-04__ , Charge __21USC § 941(a)(1), 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __475,000.00__

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other)    __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __October 28, 2008__ at __1:00 pm__ .

                                                  By  /s/ Gregory G. Hollows
                                                           Gregory G. Hollows
                                                           United States Magistrate Judge

Copy 5 - Court