MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GERGORY TEPENKIOSIS<br><br>    Defendant. | CASE NO. 2:08-MJ-375 GGH<br><br>STIPULATION AND<br>ORDER TO CONTINUE<br>PRELIMINARY EXAMINATION AND<br>EXCLUDE TIME |

The parties request that the preliminary examination in this case be continued from November 7, 2008 to November 14, 2008 at 2:00 p.m..

The parties agree that time beginning November 7, 2008 and extending through November 14, 2008 should be excluded from the calculation of time under the Speedy Trial Act.  The Defendant consents to an extension of the time for preliminary examination until November 14, 2008.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the

time is required so that the government and defense may investigate, analyze, and possibly reverse the transactions described in the complaint.  (The Defendant does not, by entering into this this Stipulation, admit that those transactions were criminal.)

   The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: October 31, 2008        By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


DATE: October 31, 2008              /s/ Mark Reichel
                                    MARK REICHEL
                                    Attorney for Defendant

**SO ORDERED.**

DATE:  October 31, 2008.

                                    _____
                                    U.S. MAGISTRATE JUDGE

2