FILED
October 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                    ) Case No.  2:08-mj-375 GGH
        Plaintiff, )
v. ) ORDER FOR RELEASE
                                                    ) OF PERSON IN CUSTODY
Gregory Tepenkiozis, )
        Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Gregory Tepenkiozis  Case 2:08-mj-375 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    X    Cash bond in the amount of $150,000; plus all available equity in real property owned by defendant's ex-wife

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    X    (Other) Probation conditions/supervision; defendant transfer control of financial accounts to defendant's ex-wife

Issued at  Sacramento, CA  on 10/31/08  at  3:50 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge