MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08 MJ 375 GGH |
| Plaintiff, | **STIPULATION OF THE PARTIES FOR MODIFICATION OF PRETRIAL RELEASE SPECIAL CONDITION 15; ORDER THEREON** |
| v. | |
| | Date: |
| GREGORY TEPENKIOZIS | Time: |
| | Judge: DALE A. DROZD |
| Defendant. | |

The parties hereto, plaintiff, defendant, and the Pretrial Services Agency, hereby agree to the following modification of Special Condition of Release 15, as there has been difficulty in implementing Special Release Condition 15 from Magistrate Judge Mueller's October 30, 2008 release order. Based upon that difficulty, all parties agree to the following modification of Condition 15.

New Condition 15: Defendant shall not make any financial transaction, either in cash, by check, or by credit card, which exceeds $100 USD, without the prior approval of the Pre

Trial Services agency. Before approving any transaction over $1,000.00, the Pre-Trial Services Officer shall consult with the Government.

All other terms and conditions of the defendant's pre trial release shall remain in full force and effect.

AGREED

DATED: November 7, 2008         /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for Defendant


                                McGREGOR W.  SCOTT
                                United States Attorney

DATED: November 7, 2008.        /s/MARK J. REICHEL for:
                                MATTHEW SEGAL
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

DATED: November 7, 2008
                                /S/ MARK J. REICHEL for
                                RENE BASURTO
                                Pre Trial Services Officer

**ORDER**

IT IS SO ORDERED. All remaining conditions shall remain In full force and effect.

DATED: November 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/tepenkiozis0375.stipord(2)

2