MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-MJ-375 GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE |
| v. | ) | PRELIMINARY EXAMINATION AND |
| | ) | EXCLUDE TIME |
| GERGORY TEPENKIOSIS | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the preliminary examination in this case be continued from November 14, 2008 to November 21, 2008 at 2:00 p.m..

The parties agree that time beginning November 14, 2008 and extending through November 21, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The Defendant consents to an extension of the time for preliminary examination until November 21, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the

1 time is required so that the government and defense may
2 investigate, analyze, and possibly reverse the transactions
3 described in the complaint.  (The Defendant does not, by entering
4 into this this Stipulation, admit that those transactions were
5 criminal.)
6      The parties stipulate that this interest of justice
7 outweighs the interest of the public and the defendant in a
8 speedy filing of an indictment or information, 18 U.S.C. §§
9 3161(b), (h)(8)(A), and further that this good cause outweighs
10 the public's interest in the prompt disposition of criminal
11 cases.  Fed. R. Crim. P. 5.1(d).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: November 7, 2008          By:   /s/ Matt Segal
                                      MATTHEW D. SEGAL
                                      Assistant U.S. Attorney


DATE: November 7, 2008                /s/ Mark Reichel
                                      MARK REICHEL
                                      Attorney for Defendant

**SO ORDERED.**

DATED: November 7, 2008.

                                      _____
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/tepenkiozis0375.stipord(3)

2