```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. 2:08-MJ-0375 GGH
                                 )
11           Plaintiff,          )   STIPULATION AND ORDER
                                 )   TO CONTINUE PRELIMINARY
12      v.                       )   EXAMINATION AND EXCLUDE
                                 )   TIME
13  GERGORY TEPENKIOSIS,         )
                                 )
14                               )
             Defendant.          )
15  _____)
16
```

17        The parties request that the preliminary examination in this
18   case be continued from November 21, 2008 to January 16, 2009 at
19   2:00 p.m.
20        The parties agree that time beginning November 21, 2008 and
21   extending through January 16, 2009 should be excluded from the
22   calculation of time under the Speedy Trial Act.  The Defendant
23   consents to an extension of the time for preliminary examination
24   until January 16, 2009.  Fed. R. Crim. P. 5.1(d).  The parties
25   submit that the ends of justice are served by the Court excluding
26   such time, so that they may have reasonable time necessary for
27   effective preparation, taking into account the exercise of due
28   diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the

time is required so that the government and defense may investigate, analyze, and possibly reverse the transactions described in the complaint.  (The Defendant does not, by entering into this Stipulation, admit that those transactions were criminal.)  Further, though the United States will continue to investigate, the parties expect to exchange information and perhaps reaching a pre-indictment resolution.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: November 18, 2008.        By:   /s/ Matt Segal
                                      MATTHEW D. SEGAL
                                      Assistant U.S. Attorney


DATE: November 18, 2008.              /s/ Mark Reichel
                                      MARK REICHEL
                                      Attorney for Defendant

**IT IS SO ORDERED**.

DATED: November 18, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/tepenkiosis0375.stipord