MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09CR00017 MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION OF THE PARTIES TO CONTINUE STATUS CONFERENCE DATE** |
| ) | |
| GREGORY TEPENKIOZIS ) | Date: March 5, 2009<br>Time: 8:30<br>Judge: Morrison C. England |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for March 5, 2009.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the parties are in negotiations to resolve the matter, defense counsel is in a 3 week jury trial and has been in that trial in state court since last week, and the defense is still reviewing the discovery and will be researching for motions to

Stipulation

```
 1  file.
 2       Accordingly, all counsel and defendant agree that time under the
 3  Speedy Trial Act from the date this stipulation is lodged, through
 4  March 5, 2009 should be excluded in computing the time within which
 5  trial must commence under the Speedy Trial Act, pursuant to Title 18
 6  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
 7  DATED: February 20, 2009.      Respectfully submitted,
 8                                 MARK J. REICHEL, ESQ.
 9                                 /s/ MARK J. REICHEL
                                   MARK J. REICHEL
10                                 Attorney for defendant
11
12                                 LAWRENCE BROWN
                                   United States Attorney
13
14  DATED: February 20, 2009.      /s/MARK J. REICHEL for:
                                   MATTHEW SEGAL
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16
17  _____O R D E R
18       IT IS SO ORDERED.  Time is excluded in the interests of justice
19  pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
20
21   Dated: February 20, 2009
22
23                                 _____
                                   MORRISON C. ENGLAND, JR.
24                                 UNITED STATES DISTRICT JUDGE
```