```
 1  MARK J. REICHEL, Bar #155034
    THE LAW OFFICES OF MARK J. REICHEL
 2  455 Capitol Mall, 3rd Floor Suite 350
    Sacramento, California  95814
 3  Telephone: (916) 498-9258

 4  Attorney for Defendant
    Gregory Tepenkiozis
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR.S-09-00017-MCE |
| | ) | |
| v. | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE** |
| | ) | |
| GREGORY TEPENKIOZIS | ) | Date: April 16, 2009 |
| | ) | Time: 9:30 |
| Defendant. | ) | Judge: Hon. Morrison C. England |

The parties hereto agree to re-calendar the status conference for April 16, 2009. In that time, defense counsel will continue to evaluate the discovery provided, conduct necessary legal research, engage in negotiations with the United States, and interview potential witnesses in the case.

Based upon the foregoing, the parties agree to an exclusion of time in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

Respectfully submitted


Dated: March 25, 2009        /s/ Mark J. Reichel

```
                                MARK J. REICHEL
                                Attorney for Defendant



DATED: March 25, 2009          LAWRENCE BROWN
                                UNITED STATES ATTORNEY

                                /s/ Mark Reichel

                                By MATTHEW SEGAL
                                ASSISTANT U.S. ATTORNEY
```

ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

Dated: March 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE