MARK J. REICHEL, Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 Capitol Mall, 3rd Floor Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>GREGORY TEPENKIOZIS<br><br>        Defendant. | Case No. 2:09-cr-00017-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: April 30, 2009<br>Time: 9:30<br>Judge: Hon. Morrison C. England |

The parties hereto agree to re calendar the change of plea for April 30, 2009.  In that time, defense counsel will continue to evaluate the discovery provided, conduct necessary legal research, engage in negotiations with the United States, and interview potential witnesses in the case.

Based upon the foregoing, the parties agree to an exclusion of time in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

Respectfully submitted

///

///

///

| | | |
|---|---|---|
| Dated: April 15, 2009 | | /s/ Mark J. Reichel |
| | | MARK J. REICHEL
Attorney for Defendant |

| | | |
|---|---|---|
| DATED: April 15, 2009 | | LAWRENCE BROWN
UNITED STATES ATTORNEY |
| | | /s/ Mark Reichel |
| | | By MATTHEW SEGAL
ASSISTANT U.S. ATTORNEY |

ORDER

   IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

Dated: April 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE