1   MARK J. REICHEL, State Bar #155034
    THE LAW OFFICES OF MARK J. REICHEL
2   455 CAPITOL MALL, 3rd FLOOR, Suite 350
    Sacramento, California  95814
3   Telephone: (916) 498-9258
    FAX:       (916) 441-6553
4   mark@reichellaw.com
    www.reichellaw.com
5
    Attorney for Defendant
6   Gregory Tepenkiozis

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Case No. 2:09-CR-00017-MCE
                                 )
12                   Plaintiff,  )
                                 )  **STIPULATION OF THE PARTIES**
13       v.                      )  **TO CONTINUE STATUS**
                                 )  **CONFERENCE DATE**
14                               )
                                 )  Date: October 1, 2009
15  GREGORY TEPENKIOZIS          )  Time: 8:30
                                 )  Judge: Morrison C. England
16                   Defendant.  )
    _____

17
         **IT IS HEREBY STIPULATED** by and between the parties hereto through
18
    their respective counsel, MATTHEW SEGAL, Assistant United States
19
    Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney
20
    for defendant, that the present date for the status hearing be vacated
21
    and re calendared for October 1, 2009.
22
         This continuance is requested as defense counsel needs adequate
23
    time to prepare for the case, the parties are in negotiations to
24
    resolve the matter, and the defense is still reviewing the discovery
25
    and will be researching for motions to file.
26
         Accordingly, all counsel and defendant agree that time under the
27

28

Speedy Trial Act from the date this stipulation is lodged, through October 1, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 17, 2009.    Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant


LAWRENCE BROWN
United States Attorney

DATED: September 17, 2009.    /s/MARK J. REICHEL for:
MATTHEW SEGAL
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

    **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated:  September 17, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2