MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09 CRS 017 MCE |
| Plaintiff, ) | |
| ) | **STIPULATION OF THE PARTIES** |
| v. ) | **TO CONTINUE STATUS** |
| ) | **CONFERENCE DATE** |
| ) | Date: October 15, 2009 |
| GREGORY TEPENKIOZIS ) | Time: 8:30 |
| ) | Judge: Morrison C. England |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for October 15, 2009.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the parties are in negotiations to resolve the matter, and the defense is still reviewing the discovery and will be researching for motions to file.

Accordingly, all counsel and defendant agree that time under the

Stipulation

Speedy Trial Act from the date this stipulation is lodged, through October 15, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 30, 2009.   Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant


LAWRENCE BROWN
United States Attorney

DATED: September 30, 2009.   /s/MARK J. REICHEL for:
MATTHEW SEGAL
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: September 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                                    2