MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-s-09-17 MCE KJM |
| Plaintiff, ) | |
| v. ) | **STIPULATION OF THE PARTIES FOR RETURN OF CASH BAIL COLLATERAL; ORDER THEREON** |
| ) | Date: N/A |
| GREGORY TEPENKIOZIS ) | Time: N/A |
| ) | Judge: KIMBERLY J. MUELLER |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the one hundred and fifty thousand dollars in cash ($150,000) submitted as collateral in this case for pretrial release shall be returned to the defendant forthwith. All other terms and conditions of release shall remain in full force and effect.

Procedural background:  Defendant was ordered released on October 29, 2008 on a $150,000 cash bond and all

Stipulation for return of collateral; Order

available equity in defendant's ex-wife's house, along with other conditions. Defendant has plead to an offense with a one year statutory maximum and the parties see his incentive to flee as substantially diminished. At the request of the probation department, sentencing has been re set for the latter part of January 2010.

Defendant will keep as bail all available equity in the residential premises posted.

Defendant seeks the return of the funds for debt service for various credit cards in his name, including but not limited to the credit cards, banks and credit agencies set forth in the original felony criminal complaint filed in this case.

DATED: November 23, 2009.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　MARK J. REICHEL, ESQ.

　　　　　　　　　　　　　　　　/s/ MARK J. REICHEL
　　　　　　　　　　　　　　　　MARK J. REICHEL
　　　　　　　　　　　　　　　　Attorney for defendant


　　　　　　　　　　　　　　　　BENJAMIN J. WAGNER
　　　　　　　　　　　　　　　　United States Attorney

DATED: November 23, 2009.　　　/s/MARK J. REICHEL for:
　　　　　　　　　　　　　　　　MATTHEW SEGAL
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** The $150,000 cash bond submitted as bail collateral in this case is hereby ordered returned to the defendant forthwith. All other terms and conditions of release shall remain in full force and effect.

DATED: November 23, 2009.

_____
U.S. MAGISTRATE JUDGE