MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>         Plaintiff,    )<br>   )<br>     v.    )<br>   )<br>   )<br>   )<br>GREGORY TEPENKIOZIS    )<br>   )<br>         Defendant.    )<br>_____ | Case No. 09 CRS 017 MCE<br><br>**STIPULATION OF THE PARTIES TO CONTINUE DATE FOR JUDGEMENT AND SENTENCE;ORDER**<br><br>Date: February 18, 2010<br>Time: 10:00<br>Judge: KIMBERLY J. MUELLER |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the Judgement and Sentence be re set for February 18, 2010.

   The draft report is already in the possession of the parties.  The final report shall be filed with the court on February 4, 2010, and any Objection or Sentence Memoranda filed by February 11, 2010.

Stipulation For Sentence Date; Order

```
DATED: January 25, 2010.          Respectfully submitted,

                                  MARK J. REICHEL, ESQ.

                                  /s/ MARK J. REICHEL
                                  MARK J. REICHEL
                                  Attorney for defendant



                                  BENJAMIN J. WAGNER
                                  United States Attorney


DATED: January 25, 2010.          /s/MARK J. REICHEL for:
                                  MATTHEW SEGAL
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 25, 2010.

_____
U.S. MAGISTRATE JUDGE

Stip and Order                                      2