MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09 CRS 017 MCE |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION OF THE PARTIES** |
| v. ) | **TO CONTINUE DATE FOR** |
| ) | **JUDGEMENT AND SENTENCE;** |
| ) | **ORDER** |
| ) | |
| GREGORY TEPENKIOZIS ) | Date: March 18, 2010 |
| ) | Time: 10:00 |
| Defendant. ) | Judge: KIMBERLY J. MUELLER |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the Judgement and Sentence be re set for March 18, 2010.

The draft report is already in the possession of the parties.  The informal objections to the draft report shall provided to probation by February 25, 2010, and the final shall be filed with the court on or before March 4, 2010, and any Objection or Sentence Memoranda filed by March 11, 2010.

Stipulation For Sentence Date

1  DATED: February 23, 2010.        Respectfully submitted,

2                                   MARK J. REICHEL, ESQ.

3                                   /s/ MARK J. REICHEL
                                    MARK J. REICHEL
4                                   Attorney for defendant

5

6                                   BENJAMIN J. WAGNER
                                    United States Attorney
7

8  DATED: February 23, 2010.        /s/MARK J. REICHEL for:
                                    MATTHEW SEGAL
9                                   Assistant U.S. Attorney
                                    Attorney for Plaintiff
10

11                                  **O R D E R**

12      **IT IS SO ORDERED.**

13

14 DATED: February 23, 2010.

15                                  _____
                                    U.S. MAGISTRATE JUDGE
16

Stip and Order                              2