MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California   95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br>GREGORY TEPENKIOZIS<br><br>    Defendant.<br>_____ | Case No. 09 CRS 017 MCE<br><br>**STIPULATION OF THE PARTIES TO CONTINUE DATE FOR JUDGEMENT AND SENTENCE;ORDER**<br><br>Date: April 1. 2010<br>Time: 10:00<br>Judge: KIMBERLY J. MUELLER |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the Judgement and Sentence be re set for April 1 2010.

The draft report is already in the possession of the parties.  The final report shall be filed with the court on March 18, 2010, and any Objection or Sentence Memoranda filed by March 25, 2010.

Stipulation For Sentence Date

1  DATED: March 10, 2010.    Respectfully submitted,
2                                    MARK J. REICHEL, ESQ.
3                                    /s/ MARK J. REICHEL
                                     MARK J. REICHEL
4                                    Attorney for defendant
5
6                                    BENJAMIN J. WAGNER
                                     United States Attorney
7
8  DATED: March 10, 2010.    /s/MARK J. REICHEL for:
                                     MATTHEW SEGAL
9                                    Assistant U.S. Attorney
                                     Attorney for Plaintiff
10
11                          **O R D E R**
12     **IT IS SO ORDERED.**
13
   DATED: March 10, 2010.
14
15                                   _____
16                                   U.S. MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order                            2