MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GREGORY TEPENKIOZIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-09-017 KJM |
| Plaintiff, ) | |
| ) | STIPULATION TO RE CALENDAR |
| v. ) | SENTENCING DATE; ORDER |
| ) | |
| ) | Date: APRIL 22, 2010 |
| ) | Time: 10:00 a.m. |
| GREGORY TEPENKIOZIS ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| Defendant. | |

The parties agree to re set the matter of sentencing in this case to April 22, 2010 at 10:00 p.m.

Defense counsel is presently in jury trial in federal court in San Jose, United States v. Labboun, 09-058 RMW, the trial having started March 23, 2010 and continuing through at least April 1, 2010.

Dated March 31, 2010

/s/ Mark Reichel for

MATTHEW SEGAL

Assistant United States Attorney

Stip On Sentencing To April 23; Order

1
2                         /s/ Mark Reichel
3                         MARK J. REICHEL
4                         ATTORNEY FOR THE DEFENDANT
5
6     It is so ordered.
7     Dated: March 31, 2010.
8
9
10    _____
      U.S. MAGISTRATE JUDGE

Stip On Sentencing To April 23; Order

2