MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>    v.                      )<br>                            )<br>                            )<br>                            )<br>GREGORY TEPENKIOZIS         )<br>                            )<br>            Defendant.      )<br>_____ | Case No. 09 CRS 017 MCE<br><br>**STIPULATION OF THE PARTIES<br>TO CONTINUE DATE FOR<br>JUDGEMENT AND SENTENCE;ORDER**<br><br>Date: May 6, 2010<br>Time: 10:00<br>Judge: KIMBERLY J. MUELLER |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the Judgement and Sentence be re set for May 6 2010.

Government counsel is unavailable for health reasons.

DATED: April 23, 2010.          Respectfully submitted,

                                MARK J. REICHEL, ESQ.

                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for defendant

Stipulation For Sentence Date; Order

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | BENJAMIN WAGNER |
| 3 | | United States Attorney |
| 4 | DATED: April 23, 2010. | /s/MARK J. REICHEL for: |
| 5 | | MATTHEW SEGAL<br>Assistant U.S. Attorney |
| 6 | | Attorney for Plaintiff |
| 7 | | **O R D E R** |
| 8 | **IT IS SO ORDERED.** | |
| 9 | DATED: April 23, 2010. | |
| 10 | | _____ |
| 11 | | U.S. MAGISTRATE JUDGE |

Stip and Order                                2