IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　Cr. S-09-17  KJM

  vs.

GREGORY TEPENKIOZIS,

    Defendant.　　　　　　　　　　　　ORDER
_____/

        On May 6, 2010, the court imposed restitution in the amount of $131,795.53 to be paid within the term of probation.  The actual amount of restitution owed, however, is $131,795.30, calculated as follows: $52,151.59 is owed to Chase Card Services and $79, 643.71 is owed to Barclay's Bank.

        Accordingly, the oral judgment is amended to reflect the total restitution owed in $131,795.30.  Fed.R.Cr.P. 35(a).  All other terms and conditions of the judgment remain the same as announced in open court.

        IT IS SO ORDERED.

DATED: May 18, 2010.

2/tepen.j&s

U.S. MAGISTRATE JUDGE

1