MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-s-09-17 MCE KJM |
| Plaintiff, | |
| v. | **REQUEST FOR ORDER RECONVEYING PROPERTY POSTED FOR BAIL; ORDER THEREON** |
| GREGORY TEPENKIOZIS, | Date: N/A<br>Time: N/A<br>Judge: KIMBERLY J. MUELLER |
| Defendant. | |

The court issued in open court a minute order exonerating defendant's bail.  The clerk's office now needs an Order from this Court which orders the reconveyance of the property posted for bail.

Good Cause Appearing, it IS HEREBY ORDERED THAT THE Deed of Trust and Property Bond posted as collateral in this case is hereby exonerated and the Clerk's Office is hereby directed to issue a Full Reconveyance for the property at 520 Hall Street, Folsom, California 95630, to Anastasia Papantoniadis, and to provide her with that Reconveyance forthwith.

1  DATED: June 4, 2010.          Respectfully submitted,

2                                MARK J. REICHEL, ESQ.

3                                /s/ MARK J. REICHEL
                                 MARK J. REICHEL
4                                Attorney for defendant

**O R D E R**

**IT IS SO ORDERED.**

DATED: June 4, 2010.

_____
U.S. MAGISTRATE JUDGE