MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Gregory Tepenkiozis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br><br>GREGORY TEPENKIOZIS,<br><br>        Defendant. | Case No. CR-s-09-17 MCE KJM<br><br>**REQUEST FOR ORDER RETURNING PASSPORT TO DEFENDANT POSTED FOR BAIL; ORDER THEREON**<br><br>Date: N/A<br>Time: N/A<br>Judge: KIMBERLY J. MUELLER |

    The court issued in open court a minute order exonerating defendant's bail and bail terms. The clerk's office now needs an Order from this Court which orders the return of the passport to the defendant.

    Good Cause Appearing, it IS HEREBY ORDERED THAT THE passport of Gregory Tepenkiozis shall be returned to him and that the Clerk's Office is hereby directed to provide same to him forthwith.

1 | DATED: June 4, 2010.          Respectfully submitted,
2 |                               MARK J. REICHEL, ESQ.
3 |                               /s/ MARK J. REICHEL
  |                               MARK J. REICHEL
4 |                               Attorney for defendant

## O R D E R

**IT IS SO ORDERED.**

DATED: June 4, 2010.

_____
U.S. MAGISTRATE JUDGE

2