**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Kimberly J. Mueller
United States Magistrate Judge
Sacramento, California

                           **RE:**   **Gregory TEPENKIOZIS
Docket Number:  2:09CR00017-01
PERMISSION TO TRAVEL
<u>OUTSIDE THE COUNTRY</u>; <u>ORDER
GRANTING APPROVAL</u>**

Your Honor:

The probationer is requesting permission to travel to Greece.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 6, 2010, the probationer was sentenced for the offense of 18 USC 1030(a)(2)(A) - Computer Fraud (CLASS A MISDEMEANOR).

**Sentence imposed:**  60 months Probation; $131,795.30 restitution; $25 special assessment.  **Special Conditions:** Search; Financial disclosure; No new credit/debt; Mental health treatment; 180 days home detention with electronic monitoring; Co-payment for treatment or testing.

**Dates and Mode of Travel:**  Date pending; travel by air.

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

RE:   **Gregory TEPENKIOZIS**
      **Docket Number:   2:09CR00017-01**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:** Although only recently sentenced, Tepenkiozis has requested travel to visit his ailing parents.  He has agreed to provide doctor documentation upon his return.  He reported the Secret Service is returning his passport.  He has been compliant thus far.  He signed a payment agreement to pay a minimum of $25-per-month toward his financial obligation.  Documentation from his attorney, Mark Reichel, reported that Tepenkiozis has paid approximately $33,000 to credit agencies since his arrest.  His ex-wife has submitted documentation detailing the critical need for the probationer to travel to visit his ailing parents.  She also advises she will be supporting him financially during his trip.  The electronic monitoring will begin in October 2010, as he is participating in water physical therapy for a shoulder injury.  Furthermore, counseling has been held in abeyance at this time, as he successfully participated in therapy during pretrial supervision.  He plans to purchase airplane tickets if the Court approves his travel request.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

**DATED:**       June 16, 2010
                 Roseville, California
                 SRS:cd

**REVIEWED BY:**        /s/ Terence E. Sherbondy
                        **TERENCE E. SHERBONDY**
                        **Supervising United States Probation Officer**

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____

_____7/22/10_____
**Date**                                 U.S. MAGISTRATE JUDGE

2

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG