UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edmund F. Brennan
United States Magistrate Judge
Sacramento, California

                RE:    Gregory TEPENKIOZIS
                      Docket Number:  2:09CR00017-01
                      PERMISSION TO TRAVEL
                      <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The probationer is requesting permission to travel to Greece.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 6, 2010, the probationer was sentenced for the offense of 18 USC 1030(a)(2)(A) - Computer Fraud (CLASS A MISDEMEANOR).

**Sentence imposed:**   60 months Probation; $131,795.30 restitution; $25 special assessment.  **Special Conditions:** Search; Financial disclosure; No new credit/debt; Mental health treatment; 180 days home detention with electronic monitoring; Co-payment for treatment or testing.

**Dates and Mode of Travel:**  Date pending; travel by air.

**RE:**   Gregory TEPENKIOZIS
   Docket Number:   2:09CR00017-01
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:**  Tepenkiozis has requested travel to visit his ailing parents.  He has been compliant with all conditions of supervision thus far.  He signed a payment agreement to pay a minimum of $25-per-month toward his financial obligation.  Several items were forfeited and have been applied to his restitution order.  His ex-wife advises she will be supporting him financially during his trip.  He has successfully completed his term of electronic monitoring.  He traveled to see his parents in August of 2010, and his travel and return were without incident.  He plans to purchase airplane tickets if the Court approves his travel request.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

**DATED:**   June 15, 2011
   Roseville, California
   SRS:cd

**REVIEWED BY:**   /s/ Kyriacos M. Simonidis
   **KYRIACOS M. SIMONIDIS**
   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   **X**                              Disapproved _____

June 17, 2011

**Date**                              **EDMUND F. BRENNAN**
                              **United States Magistrate Judge**