IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY TEPENKIOZIS,<br><br>　　　　Defendant and Judgment Debtor.<br>SAFE CREDIT UNION,<br><br>　　　　Garnishee. | CASE NO.: 2:18-MC-00027-MCE-EFB<br><br>**ORDER**<br><br>CRIMINAL CASE NO.: 2:09-CR-00017-KJM |

　　The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The writ of garnishment issued under this miscellaneous case number against Gregory Tepenkiozis is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B) and this case is hereby CLOSED.

　　IT IS SO ORDERED.

Dated: June 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING WRIT OF GARNISHMENT

1